**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REY CARLOS TRUJILLO PEDRAZA, | Case No. 26-cv-01461-BAS-JLB |
| Petitioner, | **ORDER:** |
| v. | **(1) VACATING HEARING;** |
| KRISTI NOEM, *et al.*, | |
| Respondents. | **(2) GRANTING JOINT MOTION TO EXPEDITE RULING (ECF No. 5); AND** |
| | **(3) GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

Petitioner Rey Carlos Trujillo Pedraza filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 1.) He alleges his immigration detention violates *Zadvydas v. Davis*, 533 U.S. 678 (2001), because there is no reasonable likelihood of removal to Cuba in the reasonably foreseeable future. (*Id.*)

- 1 -

26cv1461

The Government filed a Return, agreeing that "there is no evidence to suggest there is a significant likelihood that Petitioner will be removed in the reasonably foreseeable future." (ECF No. 4.)  Respondents therefore acknowledge that Petitioner is entitled to be released from custody "subject to supervision under regulations prescribed by the Attorney General."  (*Id.* (citing 8 U.S.C. § 1231(a)(3)).)  The parties then filed a Joint Motion to Expedite Ruling.  (ECF No. 5.)

In light of the parties' filings, the Court **VACATES** the hearing set for March 27, 2026.  Further, the Court **GRANTS** the Joint Motion to Expedite Ruling.  (ECF No. 5.)  Finally, given the Government's Return, the Court finds Petitioner's detention violates *Zadvydas v. Davis*, 533 U.S. 678 (2001), because there is no reasonable likelihood of removal in the reasonably foreseeable future.

Accordingly, the Court **GRANTS** the Petition (ECF No. 1) and issues the following writ:

The Court **ORDERS** Respondents to immediately release Rey Carlos Trujillo Pedraza from custody, subject to supervision under the standard conditions authorized by 8 U.S.C. § 1231(a)(3).

The Court also finds it appropriate to grant permanent injunctive relief as follows:

Respondents are **PROHIBITED** from removing Rey Carlos Trujillo Pedraza without providing Petitioner and his counsel with notice of the country Respondents plan to remove him to and an opportunity to be heard. Respondents are ordered to give Petitioner and his counsel said notice at least **ten days** before removal to give them a meaningful opportunity to raise opposition to the third country.

Respondents are **PROHIBITED** from re-detaining Rey Carlos Trujillo Pedraza for removal unless Respondents have obtained a travel document to effectuate removal.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: March 17, 2026**

- 2 -

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

26cv1461